# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA
v.
**Maria Del Real-Aleman**

ORDER OF DETENTION PENDING SENTENCE (PURSUANT TO 18 U.S.C. 3143)

Case Number: 11-9836M

The defendant having entered a plea of guilty on August 1, 2011, to the charge of Possession of a False Identification Document, 18 U.S.C. §1028(a)(4) and (b)(6), and the Court having accepted the plea and ordered that a pre-sentence report be prepared, and having continued the matter for sentencing until September 14, 2011, at 1:00 p.m., the Court finds as follows:

1. The defendant has not rebutted by clear and convincing evidence that he is not likely to flee if released.
2. The defendant has a prior criminal history.
3. The defendant is a citizen of Mexico and an immigration detainer has been placed. If released the defendant faces deportation proceedings placing the defendant beyond the jurisdiction of this court.

**IT IS THEREFORE ORDERED** that the defendant remain in custody pending sentence.

8/30/2011 (nunc pro tunc 8/1/2011)
Date

Jay R. Irwin, Magistrate Judge